WILLIAM TAMAYO, REGIONAL ATTORNEY
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
SAN FRANCISCO DISTRICT
350 THE EMBARCADERO, SUITE 500
SAN FRANCISCO, CALIFORNIA 94105-1260

JOHN F. STANLEY, SUPERVISORY TRIAL ATTORNEY
MOLLY P. KÜÇÜK, TRIAL ATTORNEY
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVENUE, SUITE 400
SEATTLE, WA 98104

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>  Plaintiff,<br><br>  v.<br><br>THE LITIGATION DOCUMENT GROUP OF BOISE, LLC,<br><br>  Defendant. | CIVIL ACTION NO.  07-CV-00398 EJL<br><br>STIPULATION OF DISMISSAL |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff Equal Employment Opportunity Commission and defendant The Litigation Document Group of Boise LLC hereby stipulate to the dismissal of this action without prejudice and without costs or attorneys' fees to any party.

//

//

STIPULATION TO DISMISS - 1
(07-CV-00398 EJL)

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104
(206) 220-6883

DATED this _31st day of March, 2009.

| | |
|---|---|
| WILLIAM TAMAYO<br>Regional Attorney | JAMES L. LEE<br>Deputy General Counsel |
| JOHN F. STANLEY<br>Supervisory Trial Attorney | GWENDOLYN Y. REAMS<br>Associate General Counsel |
| MOLLY P. KŰÇŰK<br>Trial Attorney | |

BY:  _/S/ John F. Stanley_
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104
john.stanley@eeoc.gov

Office of the General Counsel
1801 "L" Street NW
Washington, D.C. 20507

Attorneys for Plaintiff

BY:  _/s/ Trudy Hanson Fouser_
Trudy Hanson Fouser
GJORDING & FOUSER
PO Box 2837
Boise, ID  83701
tfouser@g-g.com
208-336-9777

Attorneys for Defendant

STIPULATION TO DISMISS - 2
(07-CV-00398 EJL)

**EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION**
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104
(206) 220-6883